UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBBIN STEWART, )<br>           Plaintiff, )<br>)<br>vs. )<br>)<br>MARION COUNTY, BETH WHITE, )<br>)<br>           Defendant. ) | 1:08-cv-586-LJM-TAB |

**To:**    **Steve Carter**
         **Indiana Attorney General**

**Notice and Certification of Constitutionality of
Indiana State Statute being brought into Question**

**I.**

Certain procedures operate when a party to a civil case challenges the constitutionality of a state statute in federal court. If a party does so, the district court must certify the challenge to the state attorney general, and allow that official the opportunity to intervene and defend the statute. 28 U.S.C. § 2403(b); Fed.R.Civ.P. 24(c); *Scholes v. Lehmann,* 56 F.3d 750 (7th Cir. 1995).

**II.**

This is a case in which the constitutionality of a state statute, Senate Enrolled Act No. 483, 2005 Ind. Acts p.2005, including sections of IND. CODE § 3-11 and IND. CODE § 3-11.7, is brought into question.

The court now **certifies** the above fact to you pursuant to 28 U.S.C. § 2403(b).

**III.**

Pursuant to both § 2403(b) and Rule 24 of the *Federal Rules of Civil Procedure*, you are entitled to intervene in this action. The court requests that any petition to intervene be filed **within 30 calendar days** of the issuance of this Notice and Certification.

**IT IS SO ORDERED.**

Date: 08/06/2008

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jonathan Lamont Mayes
CITY OF INDIANAPOLIS, OFFICE OF CORPORATION COUNSEL
jmayes@indygov.org

Richard G. McDermott
CITY OF INDIANAPOLIS, OFFICE OF CORPORATION COUNSEL
rmcdermo@indygov.org

ROBBIN STEWART
P.O. BOX 29164
CUMBERLAND, IN 46229-0164

Steve Carter
Indiana Attorney General
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770